## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONGDONG XIA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) Case No. CIV-26-822-J |
| TODD M. LYONS, ET AL., | ) |
| | ) |
| Respondents. | ) |
| | ) |

## <u>ORDER</u>

Before the Court is Petitioner's counsel's motion for waiver of local sponsoring counsel requirement. Doc. 7. The Court has discretion to waive this requirement if non-resident counsel establishes "financial hardship, special qualifications of non-resident counsel, or other good cause," and "certifies familiarity with the local civil court rules." LCvR83.3(c).

Counsel states he is familiar with the Court's Local Civil Rules. Doc. 7, at 2. Counsel also represents to the Court that he has substantial experience litigating federal habeas corpus matters and other complex federal proceedings. *Id.* at 3.

Having considered the motion, the Court GRANTS it and excuses counsel from Rule 83.3's association of local counsel requirement.

**SO ORDERED** this 30th day of April, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE